# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO GUTIERREZ-HIDALGO,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office,[1]<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02610-SHL-tmp |

## ORDER STAYING TRANSFER AND REQUIRING RESPONSE

On May 29, 2026, pro se Petitioner Carlos Alberto Gutierrez-Hidalgo filed the Emergency Pro Se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 2.) He challenges his "continued and now-prolonged civil immigration detention." (Id. at PageID 6.) Gutierrez-Hidalgo previously filed a petition before this Court, No. 26-cv-02217, which was ultimately denied on May 11, 2026. (Id.) In this Petition, however, he argues that, despite a final order of removal, Respondent has detained him for longer than the six-month presumptively reasonable period prescribed in Zadvydas v. Davis, 533 U.S. 678 (2001). (Id. at PageID 7–8.) He seeks release from Respondent's custody. (Id. at PageID 13.)

Upon review of the Petition, it is **ORDERED** as follows:

---

[1] The only proper Respondent in this action is Christopher Bullock, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement. See Rosciszewski v. Adducci, 983 F. Supp. 2d 910, 913–14 (E.D. Mich. 2013) ("[T]he ICE District Director is the proper respondent in a habeas petition brought by an alien, since the District Director has power over such aliens."). Accordingly, the Warden of the West Tennessee Detention Facility, Todd Lyons, Markwayne Mullin, and Todd Blanche are dismissed from the case.

(1)     The Clerk of Court shall email copies of **the Petition (ECF No. 2) and this Order (ECF No. 12)** to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2)     Within **three business days** of the filing of this Order, Respondent shall respond to the Petition.

(3)     Petitioner may file a reply within **five business days** of the receipt of Respondent's responsive filing.

(4)     Respondent shall not transfer Petitioner out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 12th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2